02-12-068-CV








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-12-00068-CV 

 

 




 
 
 1st Resource Group, Inc., Gary Fewell, Douglas
 McKinnon, Daniel Streets, and Resource Venture Partners, LLC
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 UMED Holdings, Inc.
 
 
  
 
 
 APPELLEES 
 
 




 

 

------------

 

FROM THE 415th
District Court OF Parker COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellants' “Unopposed Motion To
Dismiss.”  It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R. App.
P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellants,
for which let execution issue.  See Tex. R. App. P. 42.1(d).

                                                                             PER
CURIAM

PANEL: 
LIVINGSTON,
C.J.; DAUPHINOT and GARDNER, JJ.  

 

DELIVERED: 
May 17, 2012  








 









[1]See Tex. R. App. P. 47.4.